IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES L. PAYTON and KAREN A. PAYTON, individually and on behalf of all similarly situated individuals,**<br>    **Plaintiffs,**<br><br>v.<br><br>**OCWEN LOAN SERVICING, LLC,**<br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 13-00235-KD-N**<br>)<br>)<br>) |

**ORDER**

This action is before the Court on the parties' "Joint Motion for Dismissal with Prejudice" (Doc. 39), in which the parties inform the Court that they are in the process of finalizing a settlement and, "[p]ursuant to Federal Rule of Civil Procedure 41, … jointly move the Court to dismiss the above-styled action WITH PREJUDICE, with each party to bear his, her or its own attorneys' fees and costs, but with leave of Court to reinstate this action within 30 days from the date of the Order of Dismissal if the parties' individual settlement is not fully consummated within that time."

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The joint motion is signed by all parties who have appeared; however, the parties have requested that dismissal be effected by court order. Under Federal Rule of Civil Procedure 41(a)(2), "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

Upon consideration, it is **ORDERED** that the parties' "Joint Motion for Dismissal with Prejudice" (Doc. 39) is **GRANTED** and that, pursuant to Rule 41(a)(2), the above-styled action is **DISMISSED with prejudice**, subject to the right of any party to reinstate the action within thirty (30) days of the date of this Order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear his, her, or its own costs, expenses, and attorneys' fees.

**DONE** and **ORDERED** this the **14th** day of **May 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**